FILED: September 12, 2023

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 21-2207
(3:19-cv-00695-GCM-DCK)
_____

JODY ROSE, as Administratrix of the Estate of Kyree Devon Holman

        Plaintiff - Appellant

v.

PSA AIRLINES, INC.; PSA AIRLINES, INC. GROUP BENEFIT PLAN; UMR, INC.; QUANTUM HEALTH, INC., a/k/a MyQHealth by Quantum; MCMC, LLC

        Defendants - Appellees
and

PSA AIRLINES GROUP INSURANCE PLAN; PSA AIRLINES GROUP HEALTH BENEFIT PLAN; PSA AIRLINES PLAN B EMPLOYEE BENEFIT PLAN; PSA AIRLINES SHARED SERVICES ORG.

        Defendants

_____

O R D E R
_____

The court amends its opinion filed September 11, 2023, as follows:

On page 18, line 8, the phrase "excusive-jurisdiction" is corrected to "exclusive-jurisdiction."

For the Court--By Direction

/s/ Nwamaka Anowi, Clerk